NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PERFECT SURGICAL TECHNIQUES, INC.,**
*Appellant*

**v.**

**OLYMPUS AMERICA, INC., OLYMPUS MEDICAL SYSTEMS CORPORATION,**
*Appellees*

———————————

2015-2043

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00233.

-------------------------------------------------------------------------------

**PERFECT SURGICAL TECHNIQUES, INC.,**
*Appellant*

**v.**

**OLYMPUS AMERICA, INC., OLYMPUS MEDICAL SYSTEMS CORPORATION,**
*Appellees*

———————————

2015-2045

———————————

2     PERFECT SURGICAL TECHNIQUES v. OLYMPUS AMERICA, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00241

———————————————

**ON MOTION**

———————————————

**O R D E R**

The parties jointly move for a 16-day extension of time, until December 2, 2015, to file the appellant's opening brief and a 15-day extension of time, until January 29, 2016, to file the appellees' response brief in the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26